450

No. 62596.—Ebrahimoff Djemshidoff and Schneider Bros. & Co., Inc. *v.* United States, protest 324745–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

No. 62597.—Shippers Trading Co. *v.* United States, protest 805062–G (B) (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of kidskins the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim of the plaintiff was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 62598.—Wm. Shaland Corp. *v.* United States, protest 58/788 (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiff was sustained.